FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2022

No. 04-22-00369-CV

Lavelle **BROWN**, Kathia Viquez and Viquez Realty, LLC
Appellant/Cross- Appellee,

v.

Krista **GILMORE**,
Appellee/Cross- Appellant,

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2021CV00936A
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief is due September 26, 2022.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court